1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11

| JESUS BASULTO, | Case No. CV 13-810 BRO(JC) |
| | |
| Petitioner, | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DAVID LONG, | |
| Respondent. | |

18
19
20
21
22
23
24
25
26
27
28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///

1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2   Report and Recommendation, and the Judgment herein on petitioner and counsel

3   for respondent.

4      LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6   DATED: July 10, 2015



7

8   _____

9   HONORABLE BEVERLY REID O'CONNELL
    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28