UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS BASULTO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID LONG,<br><br>　　　　　　　Respondent. | Case No. CV 13-810 BRO(JC)<br><br>JUDGMENT |

　　Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

　　DATED: July 10, 2015

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE